UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ashley Ryder, | : |
| Plaintiff, | : Case No. 2:22-cv-1377 |
| vs. | : Judge Algenon L. Marbley |
| Big Walnut Local Schools, | : Magistrate Judge Deavers |
| Defendant. | : |

## STIPULATED TEMPORARY RESTRAINING ORDER[1]

Now come the parties jointly, by and through counsel, and hereby agree to the following Stipulated Temporary Restraining Order, intended to govern issues in dispute until such time that it expires by its terms, the issues are heard at a Preliminary Injunction, or this matter is fully resolved by agreement by the parties, whichever occurs first. Accordingly, on agreement of the parties, it is ordered:

> The Big Walnut Local School Board of Education shall suspend all enforcement of the provision of Policy 0169.1 Public Participation at Board Meetings that restrict "abusive," "personally directed," or "antagonistic" speech until such time that the policy can be reviewed and amended and for no less than sixty (60) days.

This Stipulated Temporary Restraining Order will go into effect immediately and will remain in effect as outlined above.

The parties agree that this Stipulated Temporary Restraining Order resolves the need for the Court to hold a hearing on the request for a Temporary Restraining Order. The parties will

---

[1] Nothing in this Stipulated Temporary Restraining Order will serve as an admission or waiver on behalf of any party in pursuing or defending claims during the later stages of this case, including the Preliminary Injunction.

submit a proposed briefing schedule to govern written submissions for the still pending issue of the Preliminary Injunction.

**IT SO ORDERED.**

Date: March 16, 2022

Judge Marbley

Agreed to and approved by:

/s/ Matthew Miller-Novak (per 3/15/22 email authority)
Matthew Miller-Novak, Esq. (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie, & Schlemmer, Co. LPA
3074 Madison Road
Cincinnati, Ohio 45209
Telephone No.: (513) 721-1350
Facsimile No.: (513) 721-2301
MMN@BPBSLaw.com
SCD@BPBSLaw.com
*Counsel for Plaintiff Ashley Ryder*

/s/ Keona Padgett
Keona R. Padgett (0090626) (Trial Counsel)
Michael J. Valentine (0038806)
Thomas N. Spyker (0098075)
Reminger Co., L.P.A.
200 Civic Center Dr., Suite 800
Columbus, Ohio 43215
Telephone No.: (614) 232-2703
Facsimile No.: (614) 232-2410
kpadgett@reminger.com
mvalentine@reminger.com
tspyker@reminger.com
*Counsel for Defendant Big Walnut Local Schools*