UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ashley Ryder, | : | |
| Plaintiff, | : | Case No. 2:22-cv-1377 |
| vs. | : | Judge Algenon L. Marbley |
| Big Walnut Local Schools, | : | Magistrate Judge Deavers |
| Defendant. | : | |

## **STIPULATED INJUNCTION AND DISMISSAL ENTRY**

Now come the parties jointly, by and through counsel, and hereby agree to the following Stipulated Injunction and Dismissal Entry in order to resolve all of the claims that were or could have been asserted in the Complaint and in Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. By entering into this Stipulated Injunction and Dismissal Entry, the parties hereby waive any claims that may have accrued since the filing of the Complaint. On agreement of the parties, it is hereby ordered:

1. Consistent with the decision of the Sixth Circuit Court of Appeals in *Ison v. Madison Local School District Board of Education*, 3 F.4th 887 (6th Cir. 2021), Defendant Big Walnut Local School District Board of Education (improperly named as Defendant Big Walnut Local Schools) is ordered to no longer enforce the specific provision of Policy 0169.1 Public Participation at Board Meetings that restricts "abusive," "personally directed," or "antagonistic" speech. This Stipulated Injunction will go into effect immediately and will remain in effect until it expires by its terms, is modified by further Order of this Court or by agreement of all parties, or if the language becomes allowable by any change in the law.

2. This Stipulated Injunction resolves the need for the Court to rule on any pending motions (Doc. #2). Plaintiff withdraws her pending motions.

3. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case in its entirety and all claims against Defendant Big Walnut Local School District Board of Education (improperly named as Defendant Big Walnut Local Schools), with prejudice. This Stipulated Dismissal resolves all claims in this matter and terminates this case. The Court will retain jurisdiction to enforce this Order.

**IT IS SO ORDERED.**

Date: 29 April 2022

_____
Judge Marbley

Agreed to and approved by:

/s/ Matthew Miller-Novak (per 4/28/22 email authority)
Matthew Miller-Novak, Esq. (0091402)
Steven C. Davis, Esq. (0065838)
Barron, Peck, Bennie, & Schlemmer, Co. LPA
3074 Madison Road
Cincinnati, Ohio 45209
Telephone No.: (513) 721-1350
Facsimile No.: (513) 721-2301
MMN@BPBSLaw.com
SCD@BPBSLaw.com
*Counsel for Plaintiff Ashley Ryder*

/s/ Keona Padgett
Keona R. Padgett (0090626) (Trial Counsel)
Michael J. Valentine (0038806)
Thomas N. Spyker (0098075)
Reminger Co., L.P.A.
200 Civic Center Dr., Suite 800
Columbus, Ohio 43215
Telephone No.: (614) 232-2703
Facsimile No.: (614) 232-2410
kpadgett@reminger.com
mvalentine@reminger.com
tspyker@reminger.com
*Counsel for Defendant Big Walnut Local Schools*